AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Zackary Ellis Sanders<br><br>*Defendant(s)* | Case No. 1:20-MJ-114 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 2019** in the county of **Fairfax** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a), (e) | Production of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
William G. Clayman

_____
*Complainant's signature*

Jeremy Obie, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/19/2020

_____
*Judge's signature*

City and state: Alexandria, Virginia

Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*