# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

**Place of Offense:**
- ☐ Under Seal
- City: McLean
- County: Fairfax

Superseding Indictment: 
Same Defendant: 
Magistrate Judge Case No.: 1:20-MJ-114
Search Warrant Case No.: 

Judge Assigned: 
**Criminal No.** 
New Defendant: 
**Arraignment Date:** 
R. 20/R. 40 From: 

## Defendant Information:

- **Defendant Name:** Zackary Ellis Sanders
- Alias(es):
- ☐ Juvenile  FBI No.
- **Address:** XXXX XXXXXXXX XXXX, McLean, Virginia 22102
- Employment:
- **Birth Date:** XX/XX/1995
- **SSN:** XXX-XX-1189
- **Sex:** Male
- Race:
- Nationality:
- **Place of Birth:**
- Height:
- Weight:
- Hair:
- Eyes:
- Scars/Tattoos:
- ☐ Interpreter  Language/Dialect:
- Auto Description:

## Location/Status:

- **Arrest Date:**
- ☐ Already in Federal Custody as of:  in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- Name:
- ☐ Court Appointed
- Counsel Conflicts:
- Address:
- ☐ Retained
- Phone:
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** William G. Clayman
- Phone: 703 299 3700
- Bar No.:

## Complainant Agency - Address & Phone No. or Person & Title:

FBI Special Agent Jeremy Obie

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 2251(a), (e) | Production of Child Pornography | | |
| Set 2: | | | | |

Date: 3/18/2020   AUSA Signature: [signed]

*may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):** [          ]

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | | | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form          Reset Form