AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia



| United States of America | ) |
|---|---|
| v. | ) |
| Zackary Ellis Sanders | ) Case No. 1:20-MJ-114 |
| | ) |
| | ) **UNDER SEAL** |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Zackary Ellis Sanders,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Production of Child Pornography, in violation of 18 U.S.C. § 2251(a) and (e)


Date:   03/19/2020

*Issuing officer's signature*

City and state:   Alexandria, Virginia        Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 3/20/2020, and the person was arrested on *(date)* 3/20/2020
at *(city and state)* McLean, VA.

Date: 3/20/2020

*Arresting officer's signature*

DUSM P. Cook
*Printed name and title*