TYPE OF HEARING:  R5/PH/DH
CASE NUMBER:  1:20-mj-114
MAGISTRATE JUDGE: John F. Anderson
DATE: 3/20/2020
TIME: 2:00 p.m.
TAPE: FTR RECORDER
DEPUTY CLERK: Laura Guerra

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

       VS.

**Zackary Ellis Sanders**

**GOVT. ATTY: ___Bill Clayman_____**

**DEFT'S ATTY:___Steven McCool _____**

**DUTY AFPD:____ _____**

**INTERPRETER: _____**

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (x)
DEFT INFORMED OF RIGHTS AND THE VIOLATIONS (  )
COURT TO APPOINT COUNSEL (  )   FPD (  ) CJA (  ) Conflict List (  )

Deft requests PH/DH – GRANTED. Gov't adduced evidence and rests. Affidavit admitted into evidence as gov't exhibit number one. Court finds PC. Matter continued for further proceedings before the Grand Jury.

Gov't is seeking detention.
Deft argues for release with conditions – DENIED.

(x)  DEFT IS REMANED TO THE CUSTODY OF THE USMS
(  ) RISK OF NON-APPEARANCE  (  ) SAFETY OF THE COMMUNITY
(  ) DEFT RESERVES THE RIGHT OF THE COURTS DETERMINATION AS TO DETENTION BASED ON A CHANGE OF CIRCUMSTANCES