AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

United States
*Plaintiff*

v.

Zackary Ellis Sanders
*Defendant*

Case No. 1:20-MJ-114

FILED
IN OPEN COURT
MAR 20 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Zackary Ellis Sanders

Date: 3/20/20

_____
*Attorney's signature*

Steven McCool
*Printed name and bar number*

1776 K Street, NW Suite 200
*Address*

smccool@mccoollawpllc.com
*E-mail address*

202-680-2440
*Telephone number*

202 450 3346
*FAX number*