UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 1:20-mj-00114-JFA |
| | ) | |
| | ) | |
| ZACKARY ELLIS SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL
## AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES

Steven J. McCool, counsel for Defendant Zackary Ellis Sanders, respectfully moves to withdraw his appearance on behalf of Mr. Sanders, pursuant to Rule 57.4(G) of the Local Criminal Rules of the United States District Court for the Eastern District of Virginia. In support of this motion, undersigned counsel states the following.

Mr. Sanders has retained the law firm of KaiserDillon PLLC to represent him in the above-captioned matter. Emily Voshell of KaiserDillon PLLC filed her notice of appearance on behalf of Mr. Sanders on April 7, 2020. *See* ECF 18. Mr. Sanders, therefore, has reasonable notice that undersigned counsel will move to withdraw his appearance in this case. Mr. Sanders will suffer no prejudice if the Court grants this motion, as he has already retained substitute counsel and has not yet been indicted.

Wherefore, for the foregoing reasons, and any other reasons appearing to the Court, undersigned counsel respectfully requests the Court grant his motion to withdraw as counsel for Defendant Zackary Ellis Sanders in the above-captioned case.

1

Respectfully submitted,

    /s/ Steven J. McCool, Esq.
STEVEN J. McCOOL
Virginia Bar No. 89860
McCOOL LAW PLLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
Telephone:  (202) 450-3370
Fax:  (202) 450-3346
smccool@mccoollawpllc.com

*Counsel for Zackary Ellis Sanders*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 7th of April 2020, the foregoing was served electronically on the counsel of record through the U.S. District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

          /s/ Steven J. McCool, Esq.
          STEVEN J. McCOOL