UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:20-mj-00114-JFA |
| ) | |
| ZACKARY ELLIS SANDERS, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of Steven J. McCool's Motion to Withdraw as Counsel and Incorporated Memorandum of Points and Authorities, any response thereto, and the entire record in this matter, it is this _____ day of April, 2020, hereby

ORDERED that Mr. McCool's motion is hereby GRANTED; and it is further

ORDERED that Steven J. McCool's appearance as counsel on behalf of Defendant Zackary Ellis Sanders is hereby withdrawn.

_____
The Honorable Leonie M. Brinkema
United States District Judge
United States District Court
    for the Eastern District of Virginia