UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:20-mj-00114-JFA |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Steven J. McCool's Motion to Withdraw as Counsel and Incorporated Memorandum of Points and Authorities, any response thereto, and the entire record in this matter, it is this 7th day of April, 2020, hereby

ORDERED that Mr. McCool's motion is hereby GRANTED; and it is further

ORDERED that Steven J. McCool's appearance as counsel on behalf of Defendant Zackary Ellis Sanders is hereby withdrawn.

/s/
Leonie M. Brinkema
United States District Judge