IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:20-MJ-114 |
| ) | |
| ZACKARY ELLIS SANDERS, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

**ORDER**

This Court, having considered the Motion of the United States, General Orders 2020-03 and 07 suspending the grand jury as one measure to reduce the spread and health risks from COVID-19, and the evolving public health crisis behind those measures, hereby:

INCORPORATES the findings in General Orders 2020-02, 03, 06, and 07, and taking notice of Governor Ralph Northam's Executive Order No. 55, now hereby

FINDS that under 18 U.S.C. § 3161(h)(7)(A), the interests of justice require an extension of the time period set forth in 18 U.S.C. § 3161(b) for the return of an indictment in this case. The Court has considered the circumstances of this case, the factors in § 3161(h)(7)(B), and the findings in General Orders 2020-02, 03, 06 and 07. The Court has temporarily suspended grand juries until May 1, 2020 because of evolving emergency circumstances and to help arrest the public-health threat posed by the spreading of the virus. The interests of justice outweigh the defendant's interest in speedy indictment in this case, and failure to grant such a continuance would not only make a continuation of that proceeding impossible but result in a miscarriage of justice. Therefore,

      IT IS ORDERED that the deadline to indict the defendant in this matter is hereby extended to and including June 25, 2020.

Date: _____
      Alexandria, Virginia