# Exhibit 5

## Declaration of Dr. Risa Sanders and Dr. Jay Sanders

## Declaration of Dr. Risa Sanders and Dr. Jay Sanders

1. Our names are Dr. Risa Sanders and Dr. Jay Sanders. Zackary Sanders is our son.

2. We are both willing to serve as third party custodians for Zackary Sanders.

3. If released, Zackary Sanders would live in our home in McLean, Virginia. We own our home and have lived there for 14 years. We both work from home. I, Dr. Risa Sanders, am a Licensed Clinical Psychologist with my own practice. I, Dr. Jay Sanders, am a medical doctor who practices telemedicine; I am CEO of the Global Telemedicine Group, an Adjunct Professor of Medicine at the Johns Hopkins School of Medicine, and a Founding Board Member and President Emeritus of the American Telemedicine Association.

4. If released, we will ensure that one of us was at home, with Zackary, at all times. If Zackary has to leave the house for any of the limited allowed reasons—medical appointments, legal appointments, and court appearances—one of us would accompany him.

5. If Zackary is released, we will ensure that Zackary does not have access to any internet-capable device at any time. To do that, we have purchased a safe and took a picture of it, which is attached to this declaration. We will both keep our internet-capable devices on our persons at all times; when those devices are not on our persons, the devices will be in the safe. All of our internet capable devices in the home are of a size that means we are able to keep them in the safe when not on our persons. We will also ensure that Zackary has no contact with minors.

6. We are both willing to make reports to the Court, as often as the Court requires, that Zackary is complying with all conditions of release and has not accessed any internet-capable devices.

7. We will do everything within our power to make sure that Zackary complies with every condition of release. If Zackary violates a condition of release, we will report him to Pretrial Services and to the Court.

8. We fully understand the seriousness of the charges. We fear for Zackary's safety at the jail in the midst of the pandemic, given his underlying health conditions; we are especially concerned because Zackary was awaiting testing on very serious conditions, such as MS, and he is completely unable to do that testing from jail, and thus completely unable to start treatment as well. We are committed to doing everything in our power to make sure that Zackary complies with conditions of release, and stays home with us, where he is safe and can physically isolate from people other than the two of us as long as the pandemic continues.

I declare under penalty of perjury that the foregoing is true and correct.

Signed: _____

Dated: 4/13/2020

I declare under penalty of perjury that the foregoing is true and correct.

Signed: _____

Dated: 4/13/20

